# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LACEY ROBINETT, Individually and
on Behalf of all Others Similarly Situated          PLAINTIFF

v.                     No. 3:17-cv-45-DPM

SURVIVAL FLIGHT, INC.                               DEFENDANT

## ORDER

Exercising its general supervisory power over class actions, and considering all the material circumstances, the Court concludes there's no harm and much good in the parties' early settlement. FED. R. CIV. P. 23(d). *See also Crawford v. F. Hoffman-La Roche Ltd.*, 267 F.3d 760, 764–65 (8th Cir. 2001) (decided under previous version of FED. R. CIV. P. 23(e)). The Court therefore congratulates the parties on their settlement and grants their joint motion to dismiss, № 11. The complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 June 2017