# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LACEY ROBINETT, Individually and
on Behalf of all Others Similarly Situated**                    **PLAINTIFF**

**v.**                          **No. 3:17-cv-45-DPM**

**SURVIVAL FLIGHT, INC.**                          **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 June 2017